UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHIAS HAKER,<br><br>          Plaintiff,<br><br> - against -<br><br>OATH INC.<br><br>          Defendant. | Docket No. 1:18-cv-1348<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Matthias Haker ("Haker" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant Oath Inc. ("Oath" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1.	This is an action for copyright infringement under Section 501 of the Copyright Act and for the removal and/or alteration of copyright management information under Section 1202(b) of the Digital Millennium Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of the city of Berlin, Germany, owned and registered by Haker, a Berlin based professional photographer. Accordingly, Haker seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2.	This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant resides in and/or transacts business in New York.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Haker is a professional photographer in the business of licensing his photographs for a fee having a usual place of business at Siemensstrasse 13, Potsdam, 14482, Germany.

6. Upon information and belief, Oath is a foreign business corporation duly with a place of business at 770 Broadway, New York, New York 10003. At all times material, hereto, Oath has owned and operated a website at the URL: www.HuffingtonPost.com (the "Website").

## STATEMENT OF FACTS

### A. Background and Plaintiff's Ownership of the Photograph

7. Haker photographed the city of Berlin (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. Haker is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9. The Photograph was registered with the United States Copyright Office and was given registration number VA 2-069-125.

### B. Defendant's Infringing Activities

10. Oath ran an article on the Website entitled *Berlinale: The Best and Wurst of It.* See https://www.huffingtonpost.com/james-marshall-crotty/berlinale-the-worst-film-_b_9271998.html. The article prominently featured the Photograph. A true and correct copy of the article and a screen shot of the article with the Photograph are attached hereto as Exhibit B.

11. Upon information and belief, the article was written by a staff political columnist for the Huffington Post. See Exhibit C.

12. Oath did not license the Photograph from Plaintiff for its article, nor did Oath have Plaintiff's permission or consent to publish the Photograph on its Website.

**FIRST CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST OATH)**
**(17 U.S.C. §§ 106, 501)**

13. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-12 above.

14. Oath infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Oath is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

15. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

16. Upon information and belief, the foregoing acts of infringement by Oath have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

17. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

18. Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photograph, pursuant to 17 U.S.C. § 504(c).

19. Plaintiff further is entitled to his attorney's fees and full costs pursuant to 17 U.S.C. § 505.

**SECOND CLAIM FOR RELIEF**
**INTEGRITY OF COPYRIGHT MANAGEMENT INFORMATION AGAINST OATH**
**(17 U.S.C. § 1202)**

20. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-19 above.

21. When the Photograph was first published on Haker's website it contained copyright management information surrounding the Photograph under 17 U.S.C. § 1202(b). See Exhibit D.

22. Upon information and belief, in its article on the Website, Oath copied the Photograph from Haker's website and intentionally and knowingly removed copyright management information identifying Plaintiff as the photographer of the Photograph.

23. The conduct of Oath violates 17 U.S.C. § 1202(b).

24. Upon information and belief, Oath falsification, removal and/or alteration of the aforementioned copyright management information was made without the knowledge or consent of Plaintiff.

25. Upon information and belief, the falsification, alteration and/or removal of said copyright management information was made by Oath intentionally, knowingly and with the intent to induce, enable, facilitate, or conceal their infringement of Plaintiff's copyrights in the Photograph. Oath also knew, or should have known, that such falsification, alteration and/or removal of said copyright management information would induce, enable, facilitate, or conceal their infringement of Plaintiff's copyrights in the Photograph.

26. As a result of the wrongful conduct of Oath as alleged herein, Plaintiff is entitled to recover from Oath the damages, that he sustained and will sustain, and any gains, profits and

advantages obtained by Oath because of their violations of 17 U.S.C. § 1202, including attorney's fees and costs.

27. Alternatively, Plaintiff may elect to recover from Oath statutory damages pursuant to 17 U.S.C. § 1203(c) (3) in a sum of at least $2,500 up to $25,000 for each violation of 17 U.S.C. § 1202.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Oath be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. Plaintiff be awarded Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph;

3. That, with regard to the Second Claim for Relief, Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's falsification, removal and/or alteration of copyright management information; or b) alternatively, statutory damages of at least $2,500 and up to $ 25,000 for each instance of false copyright management information and/or removal or alteration of copyright management information committed by Defendant pursuant to 17 U.S.C. § 1203(c);

4. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

5. That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 1203(b);

6. That Plaintiff be awarded pre-judgment interest; and

7. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
February 14, 2018

                                                LIEBOWITZ LAW FIRM, PLLC

                                                By: /s/Richard Liebowitz
                                                     Richard P. Liebowitz
                                              11 Sunrise Plaza, Suite 305
                                              Valley Stream, New York 11580
                                              Tel: (516) 233-1660
                                              RL@LiebowitzLawFirm.com

                                              *Attorneys for Plaintiff Matthias Haker*